**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**MICHAEL NOWORYTA**                                                                          **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO.: 5:23-CV-7-DCB-ASH**

**PIKE COUNTY, MISSISSIPPI, ET AL.**                                        **DEFENDANTS**

**DEFENDANT TIMOTHY MOORE'S MOTION TO STAY**

**COMES NOW,** Defendant, Timothy Moore, by and through counsel, and respectfully moves this Court for a stay of this proceeding pending Defendant's Motion for Judgment on the Pleadings **[Doc. 33]** and would state to the Court as follows, to-wit:

**I.  BACKGROUND**

Plaintiff Michael Noworyta filed this lawsuit against Defendant Timothy Moore.  Timothy Moore has now answered **[Docs. 8, 20, & 29]** and filed a Motion for Judgment on the Pleadings **[Doc. 33]**.

**II.  AUTHORITY**

Defendant Timothy Moore has moved to dismiss all the claims against him.  A stay is proper under *L. R.* 16(b)(3)(C) as Moore has invoked an immunity-based defense.  Moreover, a stay now will save judicial resources and time and un-necessary legal expense, as this matter may fully be resolved on this motion without the need for discovery.  For this additional reason, a stay in this matter is appropriate.

**WHEREFORE, DEFENDANT RESPECTFULLY PRAYS** that the Court stay this proceeding pending Defendant Moore's Motion for Judgment on the Pleadings **[Doc. 33]**.

**RESPECTFULLY SUBMITTED** this the 15th day of April, 2024.

1

**JACKS | GRIFFITH | LUCIANO, P.A.**

By:   */s/ Bethany A. Tarpley*
          Daniel J. Griffith, MS Bar No. 8366
          Bethany A. Tarpley, MS Bar No. 104134
          Jamie F. Lee, MS Bar No. 101881
          **Attorneys for Defendant Timothy Moore**

**Of Counsel:**

**JACKS | GRIFFITH | LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. (662) 843-6171
Fax No. (662) 843-6176
Email: jamie@jlpalaw.com
          btarpley@jlpalaw.com
          dgriffith@jlpalaw.com

Brandon W. Frazier, Esq.
P.O. Box 431
Magnolia, MS 39652
Phone: (601) 684-1125
Email: bfrazier@pikecountyms.gov

## CERTIFICATE OF SERVICE

I,  Bethany A. Tarpley, attorney of record for Defendant Timothy Moore, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion to Stay* to be delivered by the ECF Filing System which gave notice to the following:

J. Matthew Eichelberger
Eichelberger Law Firm, PLLC
Email: matt@ike-law.com
**Attorney for Plaintiff**

Graham P. Carner, Esq.
Graham P. Carner, PLLC
Email: graham.carner@gmail.com
**Attorney for Plaintiff**

William Robert Allen, Esq.
Lance W. Martin, Esq.
Allen, Allen, Breeland & Allen, PLLC
Email: will.allen@aabalegal.com
       lmartin@aabalegal.com
**Attorneys for Pike County, MS and**
**Timothy Moore**

Wilson D. Minor-State Gov
Attorney General's Office
Email: wilson.minor@ago.ms.gov
**Attorney for Martez Simpson**

**DATED** this 15th day of April, 2024.

                           */s/ Bethany A. Tarpley*
                           Bethany A. Tarpley